IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01195-WYD-MJW

JASON HEFLIN,

Plaintiff,

v.

UNITED STATES OF AMERICA, DEPARTMENT OF THE ARMY,
JOHN DOE 1,
JOHN DOE 2,
JOHN DOE 3, and
JOHN DOE 4,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that defendant's Unopposed Motion to Vacate and Reset Scheduling/Planning Conference (Docket No. 13) is GRANTED. The Scheduling Conference set for August 11, 2014 at 10:30 a.m. is VACATED. The Scheduling Conference is RESET for October 6, 2014 at 10:00 a.m. All related deadlines are extended accordingly.

Date: July 16, 2014